

NORTH CAROLINA WESTERN

MEMORANDUM



**Date:** December 12, 2017
**To:** Honorable Frank D. Whitney
Chief U.S. District Judge
**CC:** Frank Johns, Clerk of Court
Lorraine Simpson, U.S. Attorney's Office
**From:** Jenny Whiteside
U.S. Probation Officer
**Subject:** Notification of Death
Barbara Hill
0419 5:17CR00061-1

---

Barbara Hill was sentenced in the Eastern District of Kentucky by the Honorable Gregory F. Van Taenhove, U.S. District Judge, on June 18, 2015 to a term of 24 month imprisonment to be followed by a 3 year term of supervised release. This memo is to inform you that Barbara Hill died on November 24, 2017. I am attaching a copy of the Certificate of Death. We will be closing our supervision case file on the defendant due to his death.

Should you have any questions or concerns, please feel free to contact me at 828-774-9895.